453 A.2d 334

**COMMONWEALTH of Pennsylvania**

**v.**

**Marvin WALLACE, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1982.

Decided Dec. 29, 1982.

Louis Priluker, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan Sacks, Philadelphia, for appellee.

Howland W. Abramson, Charles W. Johns, Philadelphia, for Judge Mirarchi.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.